# United States Court of Appeals for the Fifth Circuit

———————————

No. 24-30138
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

December 2, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Demartinas L. Edwards,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CR-199-1

———————————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Demartinas L. Edwards appeals his conviction for possession of a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1). Edwards argues that § 922(g)(1) violates the Second Amendment on its face and as applied to him.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30138

As Edwards correctly concedes, his facial challenge to § 922(g)(1) is foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *cert. denied*, 145 S. Ct. 2822 (2025). In addition, his as-applied challenge fails because he has a predicate conviction for a drug trafficking offense. *See United States v. Kimble*, 142 F.4th 308, 312, 318 (5th Cir. 2025), *petition for cert. filed* (U.S. Sept. 24, 2025) (No. 25-5747).

Accordingly, the judgment of the district court is AFFIRMED.